McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00216-DAD-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ANDRES AGUIRRE, | |
| Defendant. | |

Based upon the plea agreement entered between the United States and defendant Andres Aguirre, and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by the United States, it is hereby ORDERED, ADJUDGED AND DECREEED as follows:

1. Pursuant to 21 U.S.C. § 853(a), Andres Aguirre's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. North American Arms, 5 shot 22 magnum revolver, with serial number appeared to have been removed;

    b. Any and all ammunition seized in this case.

2. The above-listed assets are property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, or is property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. § 841(a)(1).

///

PRELIMINARY ORDER OF FORFEITURE                1

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection or Homeland Security Investigations in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **April 15, 2018**

_____
UNITED STATES DISTRICT JUDGE