VIRNA L.SANTOS, SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantos@santoslg.com

Attorney for ANDRES DOMINGUEZ AGUIRRE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00216-DAD-BAM-2 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| ANDRES DOMINGUEZ AGUIRRE, | |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

DROZD AND VINCENZA RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ANDRES DOMINGUEZ AGUIRRE by and through his

attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for

May 29, 2018 be continued to June 11, 2018.

This continuance is necessary to permit counsel time to conduct additional investigation

and research for Mr. Dominguez Aguirre's sentencing brief. In addition, undersigned counsel has

a scheduling conflict that arose after this hearing was set. Undersigned counsel has corresponded

with AUSA Vincenza Rabenn, who has no objection to continuing the sentencing hearing to June

11, 2018.

///

///

1

1    **IS SO STIPULATED.**

2    DATED:  May 9, 2018                          Respectfully Submitted,

3                                                 /s/ Virna L.  Santos_____
                                                  VIRNA L. SANTOS
4                                                 Attorney for Defendant
                                                  ANDRES DOMINGUEZ AGUIRRE
5

6

7    DATED:  May 9, 2018                          /s/_Vincenza Rabenn_____
                                                  VINCENZA RABENN
8                                                 Assistant U.S. Attorney

9

10                              <u>**ORDER**</u>

11        The court has reviewed and considered the stipulation of the parties to continue the

12   sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named

13   defendant currently scheduled for May 29, 2018, is continued until June 11, 2018, at 10:00 a.m.

14   in courtroom 5 before District Judge Dale A. Drozd.

15   IT IS SO ORDERED.

16       Dated:  __**May 10, 2018**__              _____

17                                                 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28